```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MEDITERRANEAN SHIPPING COMPANY,     :
(USA) INC.,
                                    :
            Plaintiff,
                                    :   10 Civ. 9445 (HBP)
   -against-
                                        OPINION
                                    :   AND ORDER
WORLDWIDE FREIGHT SERVICES, INC.,
T/A UNITED AMERICAN LINE,           :

            Defendant.              :

-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/12

PITMAN, United States Magistrate Judge:

Because there is reason to believe that defendant's counsel, a solo practitioner, passed away in June of this year, all proceedings in this matter are stayed until October 17 to permit defendant to locate an retain new counsel.

Dated:  New York, New York
        September 17, 2012

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

John A. Orzel, Esq.
Carroll, McNulty & Kull
570 Lexington Avenue
8th Floor
New York, New York 10022

Ronald Saffner, Esq.
377 Rector Place
Suite 5B
New York, New York 10956

Worldwide Freights Services, Inc.
    trading as United American Line
499 Ernston Road
Parlin, New Jersey  08859